AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) |
|---|---|
| v. | ) |
| Victor FIERRO CARO | ) Case No. 21-1004mj |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Victor FIERRO CARO                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC § 924 (a)(1)(A)-Knowingly makes any false statement or representation with respect to the information required by this chapter to be kept in the records of a person licensed (FFL); 18 USC § 922(a)(1)(A)-Unlawfully engaged in the business of dealing in firearms without being a licensed dealer; 18 USC Section 371—Conspiracy to export firearms from the United States into the Republic of Mexico contrary to 18 U.S.C. Section 554; and 18 USC 922(g)(3)-Possessed a firearm and was an unlawful user of or addicted to any controlled substance.

Date: 7/19/21

*Issuing officer's signature*

City and state: Las Cruces, New Mexico

Gregory J. Fouratt, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*